this information, the said Lewis M. Saginaw did have in his possession and under his control and did permit to be placed, maintained and kept in those certain premises commonly designated as the 'Club Lounge,' the entrance to which is No. 14 North Main St., in the City of Helena, County of Lewis and Clark, state of Montana, certain gambling implements and equipment, to-wit: five slot machines, said premises being a place where liquor is sold, contrary to the form, force and effect of the statute in such case made and provided and against the peace and dignity of the State of Montana.''

The same proceedings were had and done on the same dates as in State v. Saginaw, 124 Mont. 225, 220 Pac. (2d) 1021, and State v. McRae, 124 Mont. 238, 220 Pac. (2d) 1025.

Accordingly it is ordered that the order of April 20, 1950, dismissing the information, be set aside and reversed and that the cause be remanded to the district court for further proceedings not inconsistent with the above opinions,—the remittitur to issue forthwith.

THE STATE OF MONTANA, APPELLANT

*v.*

LEWIS M. SAGINAW, RESPONDENT

No. 9001

Submitted July 15, 1950. Decided July 20, 1950.

220 Pac. (2d) 1027

